HARRINGTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Walter Harrington against the Brooklyn Heights Railroad Company.

PER CURIAM. Order modified, by inserting a provision requiring the plaintiff to pay the costs and disbursements of the trial within 20 days from the entry of this order, with-

out costs; otherwise, order reversed, and judgment unanimously directed on the verdict, with costs and costs of this appeal.